JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
BART M. DAVIS
United States Attorney
SAMUEL D. GOLLIS, Trial Attorney (Massachusetts BBO No. 561439)
United States Department of Justice
Environment & Natural Resources Division
Indian Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1351
Facsimile:   (303) 844-1350
Email: Samuel.Gollis@usdoj.gov
JOANNE P. RODRIGUEZ (ISB No. 2996)
Assistant United States Attorney
Office of the U.S. Attorney
800 Park Boulevard, Suite 600
Boise, ID 38712
Telephone:  (208) 334-1211
Facsimile:   (208) 334-9375
Email: Joanne.Rodriguez@usdoj.gov

*Attorneys for Plaintiff*

David P. Claiborne (ISB # 6579)
SAWTOOTH LAW OFFICES, PLLC
1101 W. River Street, Suite 110
P.O. Box 7985
Boise, Idaho, 83707
Telephone: (208) 629-7447 ext. 213
Facsimile:  (208) 629-7559
Email: david@sawtoothlaw.com

Wesley W. Hoyt (ISB # 4590)
LAW OFFICES of WESLEY W. HOYT
165 Deer Field Drive
Clearwater, ID 83552
Telephone: (208) 926-7553
333 W. Hampden Ave. #710
Englewood, CO 80110
Telephone: (303) 819-7400
E-Fax: (888) 865-3775
Email: hoytlaw@hotmail.com

*Attorneys for Defendant*

Michael A. Lopez (ISB No. 8846)
David J. Cummings (ISB No. 5400)
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
Telephone: (208) 843-7355
Facsimile:  (208) 843-7377
Email: mlopez@nezperce.org
       djc@nezperce.org

*Attorneys for the Nez Perce Tribe*

David A. Bricklin (ISB No. 8565)
Jacob Brooks (ISB No. 10166)
BRICKLIN & NEWMAN, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: (206) 264-8600
Email: bricklin@bnd-law.com
       brooks@bnd-law.com

*Attorneys for Christopher George, Samuel George, Lou Ann Lasswell, Shawney Hardridge, Jennifer George, and Felicia Salas*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-00164-BLW |
| ) | |
| and ) | |
| ) | **JOINT ADDENDUM TO** |
| NEZ PERCE TRIBE, ) | **LITIGATION PLAN FORM** |
| ) | |
| Proposed Plaintiff-Intervenor, ) | |
| ) | |
| and ) | |
| ) | |
| CHRISTOPER GEORGE, SAMUEL GEORGE, ) | |
| LOU ANN LASSWELL, SHAWNEY ) | |
| HARDRIDGE, JENNIFER GEORGE, ) | |
| and FELICIA SALAS, ) | |
| ) | |
| Proposed Plaintiff-Intervenors, ) | |
| ) | |

| | |
|---|---|
| v. | ) |
| | ) |
| LEROY HOWELL and | ) |
| KATHERINE M. HOWELL, husband and wife, | ) |
| | ) |
| Defendants. | ) |
| | ) |

On February 6, 2018, counsel for Plaintiff, Defendants, and Proposed Plaintiff-Intervenors held a conference call to discuss a proposed scheduling timeframe for this case. The parties' dispute is a longstanding one: prior to the filing of this action, the parties both sought to resolve their disagreements through a variety of administrative remedies, and the Defendants eventually filed a quiet title action in this Court against the United States. *Howell v. United States Department of the Interior,* D.C. No. 3:11-cv-00653-EJL, *appeal docketed,* No. 14-35331 (9th Cir. Apr. 22, 2014). It is for this reason that, as the Court is aware, the parties sought leave to stay the case—and the case has been stayed—since shortly after the United States filed its complaint (Doc. 1) in April, 2016, to allow the parties to engage in mediated settlement discussions. Thus, no litigation has occurred to date and, for that reason, the parties want to bring to the Court's attention the need to set two additional deadlines not addressed in the Litigation Plan Form they have filed concurrently with this Joint Addendum.

**Motions to Intervene**

The Nez Perce Tribe and six individual Indian landowners separately filed intervention motions on June 15, 2016, and March 15, 2017, respectively (Docs. 9 and 29). The litigation having been stayed, the parties have not briefed the motions and the Court has not decided them. The parties therefore propose the following schedule for the completion of briefing of the motions as an initial step in the litigation of this case:

**Joint Addendum to Litigation Plan Form — 1**

- On or before February 28, 2018, Defendants shall file response briefs to the motions for intervention or a statement of non-opposition to those motions.

- If Defendants oppose the motions, on or before March 14, 2018, Proposed Plaintiff-Intervenors and Plaintiff shall file reply briefs.

**Responsive Pleadings**

Also because of the litigation stay having remained in place, the Defendants have yet to file a responsive pleading. The parties propose the following schedule to govern the filing of responsive pleadings:

- On or before February 28, 2018, Defendants shall serve a responsive pleading to the Plaintiff's complaint.

- If Defendants file a statement of non-opposition to the motions for intervention, within 21 days after that filing, Defendants shall serve a responsive pleading to the Proposed Plaintiff-Intervenors' complaints-in-intervention.

- If Defendants oppose the motions for intervention and the Court grants the motions, within 21 days after the Court enters an order granting the Proposed Plaintiff-Intervenors leave to intervene or, having been granted leave to intervene, the Proposed Plaintiff-Intervenors file their complaints-in-intervention with the Court, as the Court directs, Defendants shall serve a responsive pleading to the Proposed Plaintiff-Intervenors' complaints-in-intervention.

- If the Defendants file a counterclaim or counterclaims as part of their responsive pleading to any of the complaints, within 14 days after service of the responsive pleading containing the counterclaim(s), the Plaintiff, or either of the Proposed Plaintiff-

**Joint Addendum to Litigation Plan Form — 2**

Intervenors, as the case may be, shall serve a responsive pleading to the Defendants' counterclaim(s).

Dated:  February 8, 2018

    Respectfully submitted,

    JEFFREY H. WOOD
    Acting Assistant Attorney General
    Environment & Natural Resources Division
    BART M. DAVIS
    United States Attorney

    /s/  Samuel D. Gollis
    SAMUEL D. GOLLIS, Trial Attorney
    United States Department of Justice—ENRD
    Indian Resources Section

    JOANNE P. RODRIGUEZ
    Assistant United States Attorney
    Office of the U.S. Attorney—District of Idaho
    Attorneys for Plaintiff

    /s/  David P. Claiborne
    David P. Claiborne
    SAWTOOTH LAW OFFICES
    /s/  Wesley W. Hoyt
    Wesley W. Hoyt
    LAW OFFICES of WESLEY W. HOYT
    Attorneys for Defendants

    /s/  Michael A. Lopez
    Michael A. Lopez
    David J. Cummings
    NEZ PERCE TRIBE
    OFFICE OF LEGAL COUNSEL
    Attorneys for Proposed Plaintiff-Intervenor

    /s/  David A. Bricklin
    /s/  Jacob Brooks
    David A. Bricklin
    Jacob Brooks
    BRICKLIN & NEWMAN, LLP
    Attorneys for Proposed Plaintiff-Intervenors

**Joint Addendum to Litigation Plan Form — 3**